IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr317

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| PABLO TRUJILLO-GUDINO (1) ) | |
| CHRISTIAN ORTIZ-TRUJILLO (2) ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon motion of the government for a peremptory setting of this matter. (Doc. No. 32).

The Court finds that the government has stated sufficient cause for proof in this case not to begin before Wednesday, February 8, 2006, because of witness availability.

**IT IS, THEREFORE, ORDERED** that the government's motion is **GRANTED**. Jury selection in this case will be conducted on February 6, 2006, with proof to begin on or after February 8, 2006, depending on the completion of other trials.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the U.S. Probation Office.

Signed: February 3, 2006

Robert J. Conrad, Jr.
United States District Judge